UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:08-00014 |
| ) | Judge Haynes |
| ) | |
| JOHN CHRISTOPHER HARGROVE ) | |

*This motion is GRANTED* 6-23-11

### REDACTION REQUEST

The defendant, John Christopher Hargrove, through counsel, respectfully requests redaction of certain personal information in the transcript of the plea hearing filed on June 16, 2011 (D.E. 140). In support of this motion, Mr. Hargrove would show the following:

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed. In this case, the following information should be redacted from the transcript at the time of filing:

    Page 12, Line 25: residential address

    Page 36, Line 13: residential address

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047