UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:08-CR-00014 |
| v. | ) | 3:10-CR-00196 |
| | ) | CHIEF JUDGE HAYNES |
| JOHN CHRISTOPHER HARGROVE | ) | |

*Granted*
*This motion*
*is GRANTED*
*Will*

6-21-13

MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through David Rivera, Acting United States

Attorney for the Middle District of Tennessee, and S. Carran Daughtrey, Assistant United States

Attorney, respectfully requests a continuance of the sentencing hearing in the above styled case,

which currently is set for June 24, 2013, at 2:30 a.m, The undersigned attorney has inadvertently

neglected to request that the defendant be transferred to the Middle District of Tennessee for this

sentencing. Wherefore, the government requests a continuance for about a month to allow the

U.S. Bureau of Prisons sufficient time to transport Hargrove from the facility at which he is

serving his time. Defense counsel has no objection to this request. Wherefore, the government

respectfully requests a continuance in this matter to a date other than a Friday and approximately

one month from the setting and notice of the sentencing hearing date.


Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

By:     /s/ S. Carran Daughtrey
Assistant United States Attorney
Middle District of Tennessee